**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Wade Temple HANKINS, Defendant–Appellant.**

**No. 14–6290.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2014.

Decided: July 31, 2014.

Wade Temple Hankins, Appellant Pro Se. Jason Harris Cowley, Edward D. Gray, Jennifer P. May–Parker, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wade Temple Hankins appeals the district court's order denying his motion for jail credit on his federal sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hankins,* No. 7:05–cr–00025–F–1 (E.D.N.C. Jan. 16, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

*AFFIRMED.*